# EXHIBIT A



# Xsolis, Inc.

Return to Kroll
P.O. Box 980108
West Sacramento, CA 95798



541_0157987

JUELLS MCLEOD



SCAN TO ENROLL

ԿԿՈւիիոՈւ֊|||||կ֊|ՈՈւ՛ՈւՈՈ|կ֊ոՈՈ|Ո֊|կիկոՈՈ

June 5, 2026

## Notice of Data Breach

Dear Juells Mcleod,

Xsolis, Inc. ("Xsolis") provides utilization management services to healthcare companies, including Mayo Clinic. In order to provide our services, limited access to information related to your care is shared with Xsolis. Xsolis is required to comply with HIPAA requirements relating to these services.

Xsolis values the opportunity to provide services to our clients and takes our responsibility to protect the information shared with us seriously. We are writing to tell you about a data security incident affecting Xsolis that may have exposed some of your protected health information.

## What happened?

Xsolis processes limited protected health information to provide certain case and utilization management services to healthcare providers. Xsolis experienced a data security incident that involved unauthorized activity to a limited portion of data in our environment on January 22, 2026. The unauthorized activity resulted from a targeted phishing attack. Upon discovering the unauthorized activity, that same day, Xsolis immediately interrupted and contained the issue and terminated the unauthorized access.

As part of our response and investigation, Xsolis engaged external cybersecurity experts and notified law enforcement. There has been no evidence of unauthorized activity within Xsolis' environment since January 22, 2026. Additionally, there is no evidence of any misuse of the impacted data.

Xsolis provided Mayo Clinic with its analysis of impacted data on April 23, 2026. We are now providing this notification to affected individuals.

## What information was involved?

Xsolis worked diligently with its consultants to assess the data and identify any affected protected health information. We are notifying you of this incident because we have determined that some of your information may have been accessed, which may have included your date of birth, medical diagnosis information, medical record number, medical treatment dates, medical treatment location, and patient ID or account number. Although we have no evidence that the information involved in this incident has been improperly used, we recommend that you remain vigilant against fraud and identity theft.

## What we are doing.

Immediately upon discovering the incident, Xsolis launched an investigation and undertook immediate mitigation steps to eliminate the threat. Since then, Xsolis has implemented additional security measures, including resetting passwords for all users and key accounts, increasing monitoring of systems, deploying new protective technology, completing the rollout of updated security measures, accelerating annual security training for employees, and strengthening processes for managing credentials and responding to future incidents. We continue to work with security professionals to reinforce the security of our digital environment.

ELN-27107