# UNITED STATES DISTRICT COURT
## for the
## Middle District of Tennessee

JUELLS McLEOD )
_Plaintiff_ )
v. )  Case No.  3:26-CV-00833
XSOLIS, INC. )
_Defendant_ )

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant XSOLIS, INC.

Date: 07/07/2026

/s/Melody McAnally
_Attorney's signature_

Melody McAnally (TN BPR 025971)
_Printed name and bar number_
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119

_Address_

melody.mcanally@butlersnow.com
_E-mail address_

(901) 680-7200
_Telephone number_

(901) 680-7201
_FAX number_

Print     Save As...     Reset