# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| JUELLS MCLEOD | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:26-cv-00833 |
| XSOLIS, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Xsolis, Inc.                                                                                        .

Date:    07/13/2026

/s/ Jordyne J. Richartz
*Attorney's signature*

Jordyne J. Richartz, BPR No. 038434
*Printed name and bar number*

Butler Snow LLP
1320 Adams Street, Suite 1400
Nashville, TN  37208

*Address*

jordyne.richartz@butlersnow.com
*E-mail address*

(615) 651-6658
*Telephone number*

(615) 651-6701
*FAX number*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing Notice of Appearance will be served upon the following counsel of record via the Court's ECF system on July 13, 2026.

J. Gerard Stranch, IV (TN BPR 23045)
Grayson Wells (TN BPR 039658)
John C. Roberts (TN BPR 042673)
STRANCH, JENNINGS & GARVEY, PLLC
The Freedom Center
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com
jroberts@stranchlaw.com

Leigh S. Montgomery *pro hac vice forthcoming*
ELLZEY KHERKHER SANFORD MONTGOMERY, LLP
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Phone: (888) 350-3931
lmontgomery@eksm.com

*Counsel for Plaintiff and the Proposed Class*

/s/ *Jordyne J. Richartz*
Jordyne J. Richartz

101648112.v1